**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| RUSSELL DENNEWITZ, | |
| Plaintiff, | 2:14-cv-02111-JCM-VCF |
| vs. | **ORDER** |
| MANDALAY CORP., | |
| Defendant. | |

Before the court is the Joint Proposed Discovery Plan and Scheduling Order. (#12).

IT IS HEREBY ORDERED that a discovery hearing on the Joint Proposed Discovery Plan and Scheduling Order (#12) is scheduled for 10:00 a.m., March 10, 2015, in courtroom 3D.

DATED this 26th day of February, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE